# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| RICHARD BENJAMIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:04-cv-00520 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) |
| Defendant. | ) ) |

## AGREED ORDER OF DISMISSAL

It appearing from the signatures of counsel that the parties have compromised and settled all matters in controversy herein, by the terms of which Plaintiff's Complaint and all claims asserted or which could have been asserted therein, including any claims which could have been asserted by the Defendant in a counterclaim, should be fully and finally dismissed with prejudice and upon the merits, it is accordingly

ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint and all claims asserted or which could have been asserted therein, including any claims which could have been asserted by the Defendant in a counterclaim, are fully and finally dismissed with prejudice and upon the merits.

Costs of this action shall be adjudged equally among the parties, and each party shall bear its own discretionary costs and attorneys' fees.

ENTER this 26th day of Aug, 2005.

_Thomas W. Phillips_
Thomas W. Phillips, Judge

1

C CSH 332147 v1
2014412-000020 08/17/2005

Case 3:04-cv-00520   Document 24   Filed 08/29/05   Page 1 of 3   PageID #: 24

AGREED TO AND APPROVED:


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: _____s/Cameron S. Hill_____
Cameron S. Hill, TN BPR No. 017408
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450
(423) 756-2010

Attorneys for Defendant



MCGEHEE, NEWTON, STEWART,
COLE, DUPREE & BOSWELL, PA

By: _____s/John B. Dupree_____
John B. Dupree, TN BPR No. 017339
The Stuart, Suite Two
709 Market Street
Knoxville, TN 37902
(865) 281-8400

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Harry Lillard, Esq.
300 Tyler Road
P. O. Box 5988
Oak Ridge, TN 37831-5988

John B. Dupree, Esq.
McGehee, Newton, Stewart,
 Cole, Dupree & Boswell, PA
The Stuart, Suite Two
709 Market Street
Knoxville, TN 37902

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: _____s/Cameron S. Hill_____
Cameron S. Hill

3